437 A.2d 746

**COMMONWEALTH of Pennsylvania**

**v.**

**Clarence CORNISH, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 17, 1981.

Robert Scandone, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Nancy Wasser, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

ORDER

PER CURIAM:

The Order of the Court of Common Pleas is affirmed.